Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 1789 |
| *This document relates to:* ) Jennifer Bogard and Robert Bogard ) v. Merck & Co., Inc. ) Case No: 1:07-cv-03295-JFK ) ) | 1:06-md-1789 (JFK) |

### NOTICE OF MOTION OF DEFENDANT MERCK & CO., INC. TO DISMISS WITH PREJUDICE FOR FAILURE TO PROVIDE PLAINTIFF PROFILE FORM

PLEASE TAKE NOTICE that, upon the Notice of Motion of Defendant Merck & Co., Inc., the Declaration of Theodore V. H. Mayer, and the accompanying Memorandum of Law in Support of its Motion to Dismiss with Prejudice for Failure to Provide Plaintiff Profile Form, Defendant Merck & Co., Inc. will move this Court before the Honorable Judge John F. Keenan, in the United States Courthouse for the Southern District of New York, for an Order dismissing the above referenced case with prejudice for failure to provide Plaintiff Profile Form.

Dated: New York, New York
September 5, 2007

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: _____/s/_____
    Norman C. Kleinberg
    Theodore V. H. Mayer
    William J. Beausoleil

One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*