CERTIFICATE OF SERVICE

     I hereby certify that on this 5th day of September, 2007, I caused a copy of the foregoing NOTICE OF MOTION OF DEFENDANT MERCK & CO., INC. TO DISMISS WITH PREJUDICE FOR FAILURE TO PROVIDE PLAINTIFF PROFILE FORM, DECLARATION OF THEODORE V. H. MAYER, and MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANT MERCK & CO., INC. TO DISMISS WITH PREJUDICE FOR FAILURE TO PROVIDE PLAINTIFF PROFILE FORM to be served via first-class mail, postage prepaid, on the following:

HERSH & HERSH
A Professional Corporation
Nancy Hersh, Esq.
Mark E. Burton, Esq.
Rachel Abrams, Esq.
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102-6388

LEVIN PAPANTONIO THOMAS
MITCHELL ECHSNER & PROCTOR PA
Timothy O'Brien
316 South Baylen Street, Suite 600 (32502)
P.O. Box 12308
Pensacola, FL 32591

SEEGER WEISS LLP
Christopher A. Seeger
One William Street
New York, NY 10004

     The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

     Deponent is over the age of 18 years and not a party to this action.

     I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on September 5, 2007

                                                         /s/
                                          Theodore V.H. Mayer