UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

----

## CASE MANAGEMENT ORDER NO. 14
### (Regarding Motions to Remand)

JOHN F. KEENAN, United States District Judge:

It has become apparent that motions to remand which were filed in transferor courts and remain pending before this Court, as well as those which are expected to be filed in this Court, will raise overlapping challenges to this Court's subject matter jurisdiction. In order to resolve these jurisdictional issues promptly and efficiently, it is hereby ORDERED that:

1. For cases transferred to this Court on or before March 1, 2008: All remand motions shall be served on the Defendant by March 31, 2008. Defendant shall serve its response to these remand motions on or before April 21, 2008. Plaintiffs may serve a reply on or before May 2, 2008. On May 2, 2008, each party shall file its motion papers and provide the Court with courtesy copies. Defendant also shall file on the master docket a list of all cases with remand motions pending as of that date.

2. For cases transferred to this Court after March 1, 2008: On the last business day of June 2008 and every second month thereafter, Defendant shall notify the Court of any new remand motions that have been filed. Defendant shall file and serve papers in opposition thereto within fourteen days. Plaintiffs affected by such motions may serve and file reply papers, and provide the Court with courtesy copies of their motion papers, within fourteen days thereafter.

SO ORDERED.

Dated:   New York, N.Y.
         December 26, 2007

                                              /s/ John F. Keenan
                                              JOHN F. KEENAN
                                              United States District Judge