```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
IN RE: FOSAMAX PRODUCTS LIABILITY
LITIGATION
------------------------------------------------------X
This Document Relates to:

Bogard et al. V. Merck & Co., Inc.,
1: 07-cv-3295 (JFK)
------------------------------------------------------X

06 MDL 1789
07 CIVIL 3295 (JFK)

**JUDGMENT**

Defendant Merck having moved to dismiss with prejudice pursuant to Fed. R. Civ. P. 16(f), 37(b)(2)(c), and 41(b), and the matter having come before the Honorable John F. Keenan, United States District Judge, and the Court, on March 19, 2008, having rendered its Order granting the motion and dismissing the case with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 19, 2008, the motion is granted and the case is dismissed with prejudice.

**Dated:** New York, New York
March 25, 2008

J. MICHAEL McMAHON
_____
Clerk of Court

BY:
_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____